**Order entered December 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01424-CV

### TEXAS  DEPARTMENT OF TRANSPORTATION, Appellant

### V.

### GLENDA REID, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0104**

## ORDER

Before the Court is appellant's December 13, 2018 motion for an extension of time to file

a brief.  We **GRANT** the motion and extend the time to **January 18, 2019**.


/s/     ADA BROWN
        JUSTICE